UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                              **ORDER**
v.                                        12-CR-155-A

LORENZO SNOW,

                    Defendant.

---

      This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B) for pretrial proceedings. Magistrate Judge Schroeder filed a Report and Recommendation (Dkt. No. 128) on December 18, 2014 recommending that defendant Lorenzo Snow's motion to dismiss the Indictment for outrageous government conduct (Dkt. No. 66) be denied. Defendant Snow filed objections to the Report and Recommendation, (Dkt. No. 131), the United States responded (Dkt. No. 133), and the Court heard oral argument.

      The Court has carefully reviewed the Report and Recommendation and the pleadings and materials submitted by the parties. Upon *de novo* review, and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant Snow's motion to dismiss the Indictment is denied. The Report and Recommendation (Dkt. No. 128) is therefore adopted in its entirety.

      **IT IS SO ORDERED.**

                                            *Richard J. Arcara*
                                     HONORABLE RICHARD J. ARCARA
                                     UNITED STATES DISTRICT COURT

Dated: May 22, 2015