AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

United States of America
v.
Lorenzo Snow

)
)
) Case No: 12-cr-155
)
) USM No: 21565-055
)
) Clarence Q. Johnson
)   *Defendant's Attorney*

Date of Original Judgment: 9/2/16
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

FILED JUL 20 2017 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Applying Amendment 782 to the Defendant's Guideline calculation "does not have the effect of lowering the defendant's applicable guideline range because of the operation of another guideline." U.S.S.G. sec. 1B.10, Application Note 1(A). Specifically, because the Defendant is a career offender under Guideline section 4B1.1 (notwithstanding the downward variance imposed at sentencing), application of Amendment 782 would not lower the Defendant's base offense level below 30, which is mandated by Guideline section 4B1.1. See United States v. Suarez, 633 F. App'x 562 (2d Cir. 2016).

Except as otherwise provided, all provisions of the judgment dated 09/02/2016 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 19, 2017

Effective Date: _____
*(if different from order date)*

Judge's signature

Richard J. Arcara
U.S. District Judge
*Printed name and title*